## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01070-JLK

UNITED STATES OF AMERICA,

    Appellant,

v.

VMI LIQUIDATING TRUST,

    Appellee.

## ORDER GRANTING JOINT STIPULATION TO DISMISS APPEAL

Kane, J.

    Upon stipulation of the parties, and for good cause shown, it is hereby ORDERED that the above-captioned case is dismissed with prejudice.  Each party shall be responsible for its own costs of litigation, to include attorney fees.

    Date:   May 27, 2015                __s/ John L. Kane_____
                                                           SENIOR U.S. DISTRICT JUDGE